UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LIONEL SMITH | CIVIL ACTION |
| VERSUS | NUMBER: 15-0170 |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION | SECTION: "J"(5) |

**ORDER**

The Court, having considered the motions, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of Defendant to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that that Plaintiff's case is remanded to the Commissioner for further proceedings consistent with the Court's opinion.

New Orleans, Louisiana, this 29th day of March, 2016.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE